# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–4 | User: | Date Created: 5/13/2019 |
| Case: 19–35016–cgm | Form ID: 155new | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          BANK OF AMERICA, N.A.
                                                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee          USTPRegion02.PK.ECF@USDOJ.GOV
tr          Christian H. Dribusch          cdribusch@chdlaw.net
aty         Adams Law Group LLC            ben@adamsatlaw.com
aty         Robyn E Goldstein              rgoldstein@msgrb.com
                                                                                                              TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Joseph W Tamburello      PO Box 90      Johnson, NY 10933
jdb         Sara M Tamburello        PO Box 90      Johnson, NY 10933
smg         United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg         N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201–551
7456610     BANK OF AMERICA     P.O. BOX 15019    WILMINGTON, DE 19886–5019
7456611     BANK OF AMERICA     P.O. BOX 15019    WILMINGTON, DE 19886–5019
7456609     BANK OF AMERICA     PO BOX 26249      TAMPA, FL 33623
7498012     Bank of America, N.A.    c/o David A. Gallo & Associates LLP    99 Powerhouse Road, First Floor    Roslyn Heights, New York 11577
7456612     CENLAR     PO BOX 77404     EWING, NJ 08628
7456613     CITIBANK SOUTH DAKOTA, N.A.    701 EAST 60 STREET NORTH    SIOUX FALLS, SD 57117
7456614     DISCOVER CARD     P.O. BOX 15251    WILMINGTON, DE 19886
7456615     JAGUAR FINANCIAL GROUP    C/O CHASE    PO BOX 78074    PHOENIX, AZ 85062
7456616     MACY'S    C/O BANKRUPTCY PROCESSING    PO BOX 8053    MASON, OH 45040
7456617     MID VALLEY PROPERTIES MGMT    160 VAN NESS    NEWBURGH, NY 12550
7456618     NISSAN MOTOR ACCEPTANCE CORP    PO BOX 740596    CINCINNATI, OH 45274
7456619     OLD NAVY/GEMB     P.O. BOX 530942    ATLANTA, GA 30353–0942
7457178     PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
7456620     TD BANK, N.A.    1701 ROUTE 70 EAST    CHERRY HILL, NJ 08034–5400
                                                                                                              TOTAL: 18